IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KIMBERLY A. WINNINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that Defendant Winnington's sentencing is continued to Monday, August 15, 2005, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge